448 A.2d 1153

Commonwealth v. Vitucci, Appellant.

Submitted February 17, 1982. Robert F. Pappano, Assistant Public Defender, for appellant; David E. Fritchey, Deputy District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.

MONTEMURO, J., concurred in the result.